UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| BAYER CROPSCIENCE LP and MONSANTO TECHNOLOGY, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>BRIAN G. IRIONS, et al.,<br><br>Defendants. | Consolidated Case Nos.<br>4:23-CV-00083-JAR<br>4:23-CV-00084-SEP<br>4:23-CV-00085-SRC<br>4:23-CV-00086-JAR<br>4:23-CV-00087-SRC |

## MEMORANDUM AND ORDER

This matter is before the Court on Plaintiffs Bayer CropScience LP and Monsanto Technology LLC's motions to continue mediation. ECF No. 35; No. 4:23-cv-84 ECF No. 36; No. 4:23-cv-85 ECF No. 36; 4:23-cv-86 ECF No. 34; 4:23-cv-87-JAR No. 39. The parties first participated in mediation without success. After discussing with the parties the potential for a settlement, the Court issued an order referring the parties to mediation for a second time. ECF No. 25. That order provides that the mediation "conferences shall be concluded by August 21, 2024[.]" *Id.* Plaintiffs explain that they have continued to discuss settlement with Defendants, but they strongly believe that any attempt to formally mediate their disputes before the Court rules on their motions for summary judgment will be premature and futile. They accordingly request that the Court continue the referred mediation until after it has ruled on Plaintiffs' motions for summary judgment.

For good cause shown,

**IT IS HEREBY ORDERED** that Plaintiffs' motions to continue mediation [ECF No. 35; No. 4:23-cv-84 ECF No. 36; No. 4:23-cv-85 ECF No. 36; 4:23-cv-86 ECF No. 34; 4:23-cv-

87-JAR No. 39] are **GRANTED** and the Court's July 8, 2024, Order [ECF No. 25] referring these cases to second mediation is hereby vacated. The Court will enter an appropriate referral to alternative dispute resolution after ruling on Plaintiffs' motions.

Dated this 29th day of July 2024.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE