**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| BAYER CROPSCIENCE LP and, <br> MONSANTO TECHNOLOGY, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> BRIAN G. IRIONS, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) No. 4:23-CV-00083-JAR <br> ) <br> ) <br> ) <br> ) |

## ORDER

Upon Defendant's notice of withdrawal of his expert witness designation pertaining to Dr. Kelley Still Nichols (Doc. 37),

**IT IS HEREBY ORDERED** that Plaintiffs' motion to exclude Defendant's expert is **DENIED as moot**.  (Doc. 28).

Dated this 27th day of September, 2024.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE